People v Mamadou B. (2025 NY Slip Op 51375(U))

[*1]

People v Mamadou B.

2025 NY Slip Op 51375(U)

Decided on September 2, 2025

Criminal Court Of The City Of New York, New York County

Coleman, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on September 2, 2025
Criminal Court of the City of New York, New York County

The People of the State of New York, Plaintiff,

against
Mamadou B., Defendant.

CR-006484-25NY

Alvin L. Bragg, Jr., District Attorney, New York County (Rachel Blume of counsel), for plaintiff. 
Twyla Carter, The Legal Aid Society, New York City (Matthew Scott Jacobs of counsel), for defendant.

Ilona B. Coleman, J.

The defendant moves this court to dismiss various charges against him as facially insufficient, to find the People's statement of readiness illusory, and ultimately to dismiss the case in its entirety pursuant to CPL §§ 30.30 (1) (b) and 170.30 (1) (e).
The People correctly concede that several of the charges against the defendant were facially insufficient. The People also concede that their statement of readiness was therefore invalid (see CPL 30.30 [5-a]), and, therefore, that the defendant was denied his right to a speedy trial (CPL 30.30 [1] [b]). In this case, in which the defendant is charged with an A misdemeanor and no felonies, the People must state their readiness for trial within ninety days of the commencement of the criminal action (CPL 30.30 [1] [b]). The People did not do so, and the defendant's motion to dismiss is therefore granted (CPL 170.30 [1] [e]).
This constitutes the decision and order of this court.
Dated: September 2, 2025
New York, NY
Ilona B. Coleman, J.C.C.